# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Carol Kortright-Conklin**
        Plaintiff(s)

vs.                              CASE NUMBER: 1:21-cv-1305 (TJM/ML)

**Lowe's Home Centers, LLC**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:    DECISION & ORDER granting 22 Motion for Summary Judgment.

All of the above pursuant to the order of the Honorable **Thomas J. McAvoy**, dated September 5, 2023.

DATED: September 5, 2023

                                          *(signature)*
                                          Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk